# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **JOHN POLAND, INDIVIDUALLY** | * | |
| **and d/b/a JPP NC, LLC** | * | |
| | * | |
| **Plaintiff,** | * | **CASE NO.:  03-CV-340** |
| | * | |
| **v.** | * | **JURY DEMAND** |
| | * | |
| **BUDDY GREGG MOTOR HOMES, INC.;** | * | **JUDGE VARLAN** |
| **NATIONAL RV HOLDINGS, INC.** | * | |
| **d/b/a COUNTRY COACH, INC;** | * | |
| **and COUNTRY COACH, INC.,** | * | |
| **a corporation** | * | |
| | * | |
| **Defendants** | * | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT COUNTRY COACH, INC.'S MOTION FOR SUMMARY JUDGMENT

Comes the Plaintiff, John Poland individually and d/b/a JPP NC, LLC, by and through counsel, in accordance with Federal Rule of Civil Procedure 56 and responds in opposition to Defendant Country Coach, Inc.'s Motion for Summary Judgment and states as follows:  (1) Plaintiff has standing to pursue this action; (2) Plaintiff exhausted administrative remedies; (3) Plaintiff has legally cognizable damages; and (4) Defendant Country Coach, Inc. is not entitled to summary judgment as a matter of law on Plaintiff's breach of warranty, breach of contract, consumer protection act and revocation of acceptance claims.  Defendant Country Coach, Inc. is also not entitled to summary judgment on Plaintiff's claim for injunctive relief.  Genuine issues of material fact preclude the Court's dismissal of Plaintiff's claim under the summary judgment provisions of Federal Rules of Civil Procedure 56.  Final Judgment under Federal Rule of Civil

Procedure 54 is, therefore, inappropriate as well. In support of his motion, Plaintiff relies upon the following:

(1)     Memorandum of law and facts attached hereto;

(2)     Deposition of John Poland;

(3)     Deposition of Zoryada Poland;

(4)     Deposition of Mack Molder;

(5)     Affidavit of Zoryada Poland;

(6)     Affidavit of John Poland;

(7)     Plaintiff's Supplemental Responses to Country Coach, Inc.'s First Set of Interrogatories;

(8)     Defendant Country Coach, Inc.'s supplemental answers to deposition upon written question; and

(9)     the entire record.

Respectfully submitted,


s/ Dirlie A. McDonald
Dirlie A. McDonald, BPR # 20357
P. O. Box 1
Ooltewah, TN 37363
423-238-4064

## CERTIFICATE OF SERVICE

I have served a copy of the above document on the _30 day of September, 2004 by

prepaid U.S. Mail, facsimile or hand delivery to counsel as listed below:

E. Todd Presnell, Esq.
Miller and Martin LLC
1200 Nashville Place
150 Fourth Ave. North
Nashville, TN 37219 – 2433

*Attorneys for Defendants National RV Holdings, Inc. d/b/a Country Coach,*
*Inc. and Buddy Gregg Motor Homes Inc and Country Coach, Inc., a corporation.*

William H. Folsom, Jr.
24 N. Market Street, # 404
Jacksonville, FL 32202
904-358-885
Co- counsel for the Plaintiff

s/Dirlie A. McDonald
Dirlie A. McDonald